NUMBER 13-05-659-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

IN RE
SOUTHWESTERN BELL MOBILE SYSTEMS, INC., SOUTHWESTERN BELL WIRELESS, INC.,
SOUTHWESTERN BELL WIRELESS, L.L.C., CINGULAR WIRELESS, L.L.C., AND 

SBC
COMMUNICATIONS, INC.

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus ___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                   Before Justices Hinojosa, Yañez, and Rodriguez

                            Per Curiam Memorandum Opinion[1]

 








Relators, Southwestern
Bell Mobile Systems, Inc., Southwestern Bell Wireless Inc., Southwestern Bell
Wireless, L.L.C., Cingular Wireless, L.L.C., and SBC Communications, Inc.,
filed a petition for writ of mandamus in the above cause on
October 25, 2005.  The
Court, having examined and fully considered the petition for writ of mandamus
and its appendix, is of the opinion that relators have not shown
themselves entitled to the relief sought. 
Accordingly, relators' petition for writ of mandamus is denied.  See Tex.
R. App. P. 52.8(a). 

Furthermore, relators'
motion for emergency temporary relief filed on October 25, 2005, is also
denied.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this 26th day of October, 2005.

 











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).